**CONTINUATION OF CRIMINAL COMPLAINT**

1. Larry Stewart, Jr., a Special Agent of the Federal Bureau of Investigation (FBI), Detroit Division, Michigan, states under oath as follows:

2. I have been an FBI Special Agent for more than 10 years. I am currently assigned to the Detroit Division of the FBI, Traverse City Resident Agency, located in Traverse City, Michigan.  My duties include the investigation of various violations of federal criminal law, including matters involving violent crimes.

3. I make this Affidavit in support of an Application for a Criminal Complaint and Arrest Warrant for DOUGLAS RUSSELL MILLER, a White Male, age 35, for violating Title 18, United States Code, Section 2261A.  This statute provides in pertinent part as follows: "Whoever—(1) travels in interstate …commerce…with the intent to harass [or] intimidate …another person, and in the course of …such travel or presence engages in conduct that--…(B) causes …substantial emotional distress to a person described in clause (i), (ii), or (iii) of subparagraph (A)[describing the person the defendant intended to harass or an immediate family member or intimate partner of that person]."

4. In 2003, MILLER was given an "Other Than Honorable" discharge from the U.S. Navy (USN) for failing a random drug screen. Ron Hartman, an F-18 pilot performing administrative legal duties, processed MILLER out of the USN. Other Navy officers playing a role in MILLER's dismissal were Mike Wellington, Paul Brotze, Clay Fearnow, and Kevin Dye.

**Miller's Contacts With Ron Hartman**

5. During the past 11 years, Hartman reports that he has received numerous unwelcome, often abusive telephone calls, text messages, and mail from MILLER. Hartman reported that during approximately December 2012, Hartman received a package from Miller. On the outside of the package was written "Merry Christmas." Inside, it contained two Lake City, Michigan, t-shirts, as well as a picture of two men naked in bed, one of which appeared to be MILLER. The picture had a border on which was written "post card from Northern, MI", and "have you seen this one, it's a very unique situation wish you were here xoxoxo Dougie." In a letter sent to Hartman postmarked February 1, 2013, MILLER indicated that he had discovered the first names of Hartman's wife and children, as well as the spouses and children of Mike Wellington and Paul Brotze. In the February 1 letter, MILLER told Hartman that he believed Wellington and others had implanted a transmitter inside MILLER and that MILLER was angry about it.

6. Hartman told me that during the past 11 years, he and his family have moved four times and has changed telephone numbers, but MILLER has been able to locate his telephone number after each relocation. Hartman stated that MILLER frequently leaves voice messages on Hartman's answering machine, making statements which Hartman and his family found to be disconcerting.   During one message, for example, MILLER said he hoped Hartman's wife and children were doing well and that Hartman had a pretty wife.

**Miller's Contacts With Other Members of the Group**

7. Hartman is aware that MILLER has made similar threatening contacts with the other members of the group playing a role in MILLER's dismissal from the Navy. I have confirmed for example that on May 21, 2004, MILLER was arrested by the Missaukee County Sheriff's Department for stalking Clay Fearnow. MILLER subsequently pleaded guilty to the charge on June 10, 2004, and was sentenced to 24 months of probation.

8. Fearnow received a handwritten letter from MILLER regarding Feanow's son. The letter was addressed to Fearnow's new address, with the return address as Fearnow's previous address. There was a picture mailed to Fearnow of Fearnow's son which was addressed Fearnow's previous address, with the return address as Fearnow's new address.

9. In 2009, Mike Wellington's wife received a letter from MILLER which made accusations against Wellington. The letter was addressed to Cynthia Olha Wellington, Wellington's wife, and included a photograph of MILLER. Shortly thereafter, MILLER called the Wellington residence and spoke to Wellington's wife.

10. In February 2013, while MILLER was serving probation, Missaukee County Probation Officer Laura O'Dell made an unscheduled visit to MILLER'S residence. An on-site forensic exam was conducted of MILLER'S cellular telephone. Text messages to Paul Brotze were located on MILLER'S cellular telephone and O'Dell advised MILLER to cease contact with Brotze.

11.   On September 11, 2013, Paul Brotze received the following voicemail message from MILLER:

(Begin transcript)  Hey thank you Paul for letting it go to voicemail.  This is exactly how out of control I am.  I left a car at a gas station two blocks away and walked home and didn't even realize the goddamn car is still at the gas station.  My girlfriend leaves her house, wants to know where the car is, it's sitting at the gas station.  These guys have totally taken over my goddamn body.  They're fucking assholes.  I'm so (unintelligible) pissed.  I hope everything's going well for you, I, I really do.  I don't know what you can do for me but something's got to give.  These guys are going to be out of control.  They're gonna end up making me kill somebody or they're gonna end up making me kill myself or they're gonna end up making me do something to somebody.  You gotta get this fuckin' thing out of me.  This is the goddamn truth.  I left the car at a gas station two blocks away.  I'm not intoxicated.  Then I had to go back and get the goddamn thing cause it's not in my yard.  Have a great night.  I'm sorry to do this to you.  I really am.  I hope you and your family are well, sir, ok. Goodbye.  (End transcript).

12.   During the past six years, Brotze has received numerous telephone calls, packages, and letters from MILLER. MILLER has also attempted to contact Brotze's wife.

13.   I am aware of information that indicates that MILLER is capable of violence. In April 2012, MILLER was arrested and charged with Attempted Domestic Violence and Assaulting a Police Officer. MILLER was sentenced to two years of probation starting in June 2012. His sentenced was reduced to August 15, 2013, and he was released of monitoring.

**Miller Travels From Lake City to Hartman's Pennsylvania Home**

14.   On October 10, 2013, at approximately 9:30pm, MILLER arrived on Hartman's front porch in York, Pennsylvania, during a thunderstorm. Hartman found MILLER's presence at his home very intimidating as he had had not seen MILLER for ten years, and MILLER's demeanor was intimidating.  MILLER asked Hartman if Brotze was there.

       Hartman told MILLER that Brotze was not there, and MILLER asked how Hartman's family was doing. Then he left.

15. Due to this unwelcomed visit of MILLER to Hartman's residence, Hartman's wife is now carrying a pistol and is in fear for her life. She is seeking a permit to carry the pistol outside of her residence. The Hartmans have had cameras and motion detectors installed at their residence. Hartman states that he fears for the safety of his family, in particular because he, as well as Wellington and Brotze, are commercial pilots and are away from home a significant period of time. Additionally, Fearnow is an airplane salesman and travels globally for business and is also away from home for a significant period of time. Hartman and family are considering another residential move and a legal name changes.

16. On October 15, 2013, I spoke to Miller about the trip to York, Pennsylvania. He admitted he drove from Lake City to York, Pennsylvania to see Hartman on October 10. MILLER told me he took the trip to discuss Wellington's vendetta against MILLER. On that occasion and others, I have told MILLER not to contact the individuals identified in this Affidavit, but he has expressed his unwillingness to cease contact with them.